# EXHIBIT A

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Aptiv*

## US Patent 7,209,959 Versus Aptiv's Website Infrastructure



https://web.archive.org/web/20190118070933/https://www.aptiv.com/ *(Wayback Version of 2019)*

1

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Aptiv*

| Claim 1 |
|---|
| 1.    A method comprising:<br><br>in response to a request by a client to initiate communication with a destination website;<br><br>setting up a forwarding session between the client and a destination server corresponding to the destination website, the forwarding session employing a forwarder disposed between the client and the destination server to forward packets sent from the client to the destination server and to forward packets sent from the destination server to the client;<br><br>employing the forwarder to transfer packets between the client and the destination server during the forwarding session, wherein the forwarding session is set up and implemented such that neither the client or the destination server is aware of the employment of the forwarder;<br><br>employing a controller configured to communicate with the forwarder and a domain name server, wherein the controller queries the domain name server to resolve the name of the destination website associated with the destination server and initiates communication with the forwarder in response to an answer from the domain name server to resolve the name of the destination website associated with the destination server;<br><br>employing a deceiver configured to communicate with the controller and the client, wherein the deceiver receives the request by the client to initiate communication with the destination website and initiates the controller to query the domain name server to resolve the name of the destination website associated with the destination server; and<br><br>in response to the controller receiving the answer from the domain name server and initiating communication with the forwarder, initiating the forwarding session. |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Aptiv*

| Claim 1 | |
|---|---|
| A method comprising: in response to a request by a client to initiate communication with a destination website; | {Aptiv's website infrastructure performed the recited method and step. Below shows the details for responding to website requests with Developer Tools enabled. <mark>On information and belief, these reflect how the Aptiv infrastructure operated during the relevant time period</mark>.}<br><br><br><br>https://web.archive.org/web/20190118070933/https://www.aptiv.com/ (Screenshot taken from Chrome developer tools) |

Exhibit A - Page |4

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Aptiv*

| Claim 1 | |
|---|---|
| setting up a forwarding session between the client and a destination server corresponding to the destination website, the forwarding session employing a forwarder disposed between the client and the destination server to forward packets sent from the client to the destination server and to forward packets sent from the destination server to the client; | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/# <br><br> *Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites* <br><br>  <br><br> {*Note: This system depicts a high-level overview of the hosting of dynamic websites, such as was used with Aptiv's website infrastructure. On information and belief, Aptiv's website infrastructure performed the recited step.*} |

4

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Aptiv*

| Claim 1 | |
|---|---|
| employing the forwarder to transfer packets between the client and the destination server during the forwarding session, wherein the forwarding session is set up and implemented such that neither the client or the destination server is aware of the employment of the forwarder; | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/#<br><br>*Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites*<br><br><br><br>*{Note: This system depicts a high-level overview of the hosting of dynamic websites such as used with Aptiv's website infrastructure. On information and belief, Aptiv's website infrastructure performed the recited step.}* |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Aptiv*

| Claim 1 | |
|---|---|
| employing the forwarder to transfer packets between the client and the destination server during the forwarding session, wherein the forwarding session is set up and implemented such that <span style="color:red">neither the client or the destination server is aware of the employment of the forwarder;</span> | {Note: For a destination web server hosted as shown on slides 5 and 6 above, the web server appears to have a direct TCP connection between the local address (e.g. 192.168.1.59) and the client address of 65.49.2.65 (e.g. public IP corresponding to the client shown in slide 4). <u>Thus, neither the client or the destination server is aware of the employment of the forwarder</u>. The below example is for port 61906 but also applies for example TLS data on port 35739 used on slide 4 above.}<br><br>C:\Users\P          t>netstat -an<br><br>Active Connections<br><br>Proto  Local Address          Foreign Address          State<br>TCP    0.0.0.0:135            0.0.0.0:0                LISTENING<br>TCP    0.0.0.0:445            0.0.0.0:0                LISTENING<br>TCP    0.0.0.0:5040           0.0.0.0:0                LISTENING<br>TCP    0.0.0.0:7070           0.0.0.0:0                LISTENING<br>TCP    0.0.0.0:49664          0.0.0.0:0                LISTENING<br>TCP    0.0.0.0:49665          0.0.0.0:0                LISTENING<br>TCP    192.168.1.59:61087     151.101.0.217:443        ESTABLISHED<br>TCP    192.168.1.59:61088     151.101.0.217:443        ESTABLISHED<br>TCP    192.168.1.59:61097     51.138.12.100:443        ESTABLISHED<br>TCP    192.168.1.59:61906     65.49.2.65:35739         ESTABLISHED<br>TCP    192.168.1.59:62180     65.49.2.65:35739         ESTABLISHED<br>TCP    192.168.1.59:62182     65.49.2.65:35739         ESTABLISHED<br><br>Screenshot taken from Command prompt |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,209,959 by Aptiv*

| Claim 1 | |
|---|---|
| employing a controller configured to communicate with the forwarder and a domain name server, wherein the controller queries the domain name server to resolve the name of the destination website associated with the destination server … | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/# <br><br> *Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites* <br><br>  <br><br> {*Note: This system depicts a high-level overview of the hosting of dynamic websites such as used with Aptiv's website infrastructure. On information and belief, Aptiv's website infrastructure performed the recited step.*} |

Exhibit A - Page |7

**7**

Case 2:26-cv-00181-JRG-RSP    Document 1-1    Filed 03/03/26    Page 9 of 12 PageID #: 28

Exhibit A - Page |8

| Claim 1 | |
|---|---|
| employing a controller configured to communicate with the forwarder and a domain name server, wherein the controller queries the domain name server **to resolve the name of the destination website** associated with the destination server … | <br><br>https://subdomainfinder.c99.nl/scans/2022-03-13/aptiv.com<br><br>{Note: On information and belief, domains names hosted by Aptiv were queried by the controller to resolve the name of the destination website associated with the destination server, such as "www.aptiv.com". For example, in the complete list above of 701 subdomains names for Aptiv, other names share the same IP address (such as downloads.aptiv.com). The domain name server shown in slide 8 above must be queried to find a corresponding private IP address of the destination website when subdomains share the public IP address. An example of a destination website is shown on slide 4 above, which corresponds to www.aptiv.com shown on slide 1.} |

Case 2:26-cv-00181-JRG-RSP    Document 1-1    Filed 03/03/26    Page 10 of 12 PageID #: 29

Exhibit A - Page |9

| Claim 1 | |
|---|---|
| **and initiates communication** with **the forwarder** in **response to an answer from the domain name server** to resolve the **name of the destination website associated with the destination server**; | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/# <br><br> *Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites* <br><br>  <br><br> {*Note: This system depicts a high-level overview of the hosting of dynamic websites such as used with Aptiv's website infrastructure. On information and belief, Aptiv's website infrastructure performed the recited step.*} |

Case 2:26-cv-00181-JRG-RSP    Document 1-1    Filed 03/03/26    Page 11 of 12 PageID #: 30

| Claim 1 | |
|---|---|
| employing a deceiver configured to communicate with the controller and the client, wherein the deceiver receives the request by the client to initiate communication with the destination website and initiates the controller to query the domain name server to resolve the name of the destination website associated with the destination server; and | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/# <br><br> *Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites* <br><br>  <br><br> {*Note: Aptiv's website infrastructure performed the recited step. As shown the data flow on slide 4, the deceiver both (i) receives the request and (ii) later sends the data from the destination server in a manner that makes the deceiver appear to be the source of the data, when the source of the data is actually the destination server* } |

Case 2:26-cv-00181-JRG-RSP    Document 1-1    Filed 03/03/26    Page 12 of 12 PageID #: 31

Exhibit A - Page |11

| Claim 1 | |
|---|---|
| in response to the controller receiving the answer from the domain name server and initiating communication with the forwarder, initiating the forwarding session. | https://web.archive.org/web/20190904162354/http://techgenix.com/secure_architecture_sql_web_server/#<br><br>*Fig. 3. Simplified website infrastructure topology for secure hosting of dynamic websites*<br><br><br><br>{*Aptiv's website infrastructure performed the recited step.*} |