# EXHIBIT C

Exhibit C - Page |1

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Aptiv*

## US Patent 7,398,298 Versus Aptiv Connect Qualifier



https://web.archive.org/web/20210302141203/https://www.aptiv.com/en/solutions/connected-services/connected-services-platform (Wayback Version of 2021)

1

Exhibit C - Page |2

## US Patent 7,398,298 Versus Aptiv Connect Qualifier

# Aptiv Connect Qualifier Overview

VIDEO  |  March 04, 2021

https://www.aptiv.com/en/insights/article/aptiv-connect-qualifier-overview/ {The equivalent functionality was provided before patent expiration in 2022}



PRE-PRODUCTION VALIDATION AND ANALYTICS

**APTIV CONNECT**
QUALIFIER

**Built for Enterprises**

Vehicle manufacturers often have many different engineering groups, each interested in different vehicles and different types of data. Qualifier's fine-grained role-based access control, combined with its group and fleet filters, allows each person in your organization to see only the data and reports of interest to them. It standardizes data collection and reporting across your organization while meeting each group's unique needs.

In addition, Qualifier keeps your data protected thanks to features like encryption, continuous vulnerability scanning, and robust security protocols.

https://www.aptiv.com/docs/default-source/cs-case-studies/qualifierpdf020221.pdf?sfvrsn=8021fe3d_5 {The equivalent functionality was provided before patent expiration in 2022}

2

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Aptiv*

| Claim 13 |
| --- |
| 13.  A method for providing remote data directory structure management across at least one communications network comprising:<br><br>receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network;<br><br>processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, the profile data store being queried for the data directory structures accessible to each of the participating users, wherein a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification;<br><br>delivering desired data and the remote management control over the desired data to identified delivery targets by the computing application over the communications network;<br><br>generating at least one notification of the delivery of the desired data to the identified delivery targets upon the delivery of the desired data to the identified delivery targets;<br><br>determining if user requested data is accessible based on the information in the profile data store; and<br><br>delivering the user requested data and sending a confirmation of the delivery. |

Exhibit C - Page |3

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Aptiv*

| Claim 13 | |
|---|---|
| A method for providing remote data directory structure management across at least one communications network comprising: | *{Aptiv Connect Qualifier, offered by Aptiv, is a web-based enterprise solution that enabled distributed users to remotely access and manage structured vehicle data through network-connected computing devices. The platform operated across at least one communications network between user devices and backend servers to provide remote management of organized data structures.}* <br><br> **Aptiv Connect Qualifier** <br> **for Pre-Production Validation** <br> **Built for Enterprises** <br> Vehicle manufacturers often have many different engineering groups, each interested in different vehicles and different types of data. Qualifier's fine-grained role-based access control, combined with its group and fleet filters, allows each person in your organization to see only the data and reports of interest to them. It standardizes data collection and reporting across your organization while meeting each group's unique needs. <br> In addition, Qualifier keeps your data protected thanks to features like encryption, continuous vulnerability scanning, and robust security protocols. <br><br> https://www.aptiv.com/docs/default-source/cs-case-studies/qualifierpdf020221.pdf {The equivalent functionality was provided before patent expiration in 2022} <br><br> **Navigating the Aptiv Connect Qualifier Web Application** <br> VIDEO | May 19, 2021 <br> Aptiv Connect Qualifier allows you to visualize and analyze vehicle data, so that you can get the right data at the right time. Learn how to navigate this application so you can unlock the power of your vehicle data. Learn more: https://www.aptiv.com/en/solutions/connected-services <br><br> https://www.aptiv.com/en/insights/article/navigating-the-aptiv-connect-qualifier-web-application {The equivalent functionality was provided before patent expiration in 2022} |

Exhibit C - Page |4

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Aptiv*

| Claim 13 | |
|---|---|
| A method for providing remote data directory structure management across at least one communications network comprising: | *{Aptiv Connect Qualifier, offered by Aptiv, is a web-based enterprise solution that enabled distributed users to remotely access and manage structured vehicle data through network-connected computing devices. The platform operated across at least one communications network between user devices and backend servers to provide remote management of organized data structures..}*<br><br>**User authentication and access control**<br><br>Qualifier provides robust user management features to control organizational access levels, ensuring the right people see the right data:<br><br>• **Access levels**: Users are grouped into access levels, with customizable permissions.<br><br>• **Admin controls**: Designated admins can manage employee accounts, assign access levels, and restrict content and features.<br><br>• **Customization**: Access levels can be customized to limit data visibility based on user roles. For example, administrators can restrict which features, fleets, vehicle packages (body/engine/transmission), vehicle modules, and DTCs—to name a few—that different users can see.<br><br>https://qualifier.help.aptivcs.com/space/QUG/270663681/How+Aptiv+Keeps+Qualifier+Customer+Data+Separate+and+Secure |

Exhibit C - Page |5

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Aptiv*

| Claim 13 | |
|---|---|
| receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network; | {*Aptiv Connect Qualifier operated on Aptiv's cloud-based backend infrastructure, which functioned as a computer server over a communications network. The cloud-hosted server environment received and processed user-generated requests transmitted from network-connected devices.*}<br><br>**Navigating the Aptiv Connect Qualifier Web Application**<br><br>VIDEO \| May 19, 2021<br>Aptiv Connect Qualifier allows you to visualize and analyze vehicle data, so that you can get the right data at the right time. Learn how to navigate this application so you can unlock the power of your vehicle data. Learn more: https://www.aptiv.com/en/solutions/connected-services<br><br>https://www.aptiv.com/en/insights/article/navigating-the-aptiv-connect-qualifier-web-application {The equivalent functionality was provided before patent expiration in 2022}<br><br>**Flexible Cloud**<br><br>Use Aptiv's cloud systems and/or your own to process and store your vehicle data. Our technology can help you transform rich vehicle data into actionable information that you can easily understand and use.<br><br>https://web.archive.org/web/20210302141203/https://www.aptiv.com/en/solutions/connected-services/connected-services-platform {The equivalent functionality was provided before patent expiration in 2022} |

Exhibit C - Page |6

**6**

Exhibit C - Page |7

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Aptiv*

| Claim 13 | |
|---|---|
| receiving at least one request by a computing application operating on a computer server over the communications network **for remote management control of data directory structures** from participating users offered through a computing device coupled to the communications network; | *{Aptiv Connect Qualifier enabled participating users to access and manage structured vehicle data and report hierarchies through network-connected computing devices. The cloud-hosted backend system provided controlled remote management functionality based on assigned user roles and permissions.}* <br><br>  <br><br> https://www.aptiv.com/en/insights/article/navigating-the-aptiv-connect-qualifier-web-application Timestamp: [00:28] of [5:07] <br><br> PRE-PRODUCTION VALIDATION AND ANALYTICS <br><br> **Built for Enterprises** <br><br> Vehicle manufacturers often have many different engineering groups, each interested in different vehicles and different types of data. Qualifier's fine-grained role-based access control, combined with its group and fleet filters, allows each person in your organization to see only the data and reports of interest to them. It standardizes data collection and reporting across your organization while meeting each group's unique needs. <br><br> In addition, Qualifier keeps your data protected thanks to features like encryption, continuous vulnerability scanning, and robust security protocols. <br><br> https://www.aptiv.com/docs/default-source/cs-case-studies/qualifierpdf020221.pdf?sfvrsn=8021fe3d_5 <br> {The equivalent functionality was provided before patent expiration in 2022} |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Aptiv*

| Claim 13 | |
|---|---|
| processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, | *{Aptiv Connect Qualifier processed user requests by retrieving and presenting structured vehicle data and report hierarchies through the web interface, thereby enabling remote management of organized datasets.}*<br><br>PRE-PRODUCTION VALIDATION AND ANALYTICS<br>**APTIV CONNECT** QUALIFIER<br><br>**Built for Enterprises**<br>Vehicle manufacturers often have many different engineering groups, each interested in different vehicles and different types of data. Qualifier's fine-grained role-based access control, combined with its group and fleet filters, allows each person in your organization to see only the data and reports of interest to them. It standardizes data collection and reporting across your organization while meeting each group's unique needs.<br>In addition, Qualifier keeps your data protected thanks to features like encryption, continuous vulnerability scanning, and robust security protocols.<br><br>https://www.aptiv.com/docs/default-source/cs-case-studies/qualifierpdf020221.pdf?sfvrsn=8021fe3d_5 {The equivalent functionality was provided before patent expiration in 2022}<br><br>User authentication and access control<br><br>Qualifier provides robust user management features to control organizational access levels, ensuring the right people see the right data:<br><br>• **Access levels**: Users are grouped into access levels, with customizable permissions.<br>• **Admin controls**: Designated admins can manage employee accounts, assign access levels, and restrict content and features.<br>• **Customization**: Access levels can be customized to limit data visibility based on user roles. For example, administrators can restrict which features, fleets, vehicle packages (body/engine/transmission), vehicle modules, and DTCs—to name a few—that different users can see.<br><br>https://qualifier.help.aptivcs.com/space/QUG/270663681/How+Aptiv+Keeps+Qualifier+Customer+Data+Separate+and+Secure |

Exhibit C - Page |8

8

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Aptiv*

Exhibit C - Page |9

| Claim 13 | |
|---|---|
| processing the request to provide the remote management control over the data directory structures by providing data directory structure information *if deemed accessible from data stored* in a profile store relating to the data and data directory structures accessible to each of the participating users, | *{Requests were processed only when access was permitted based on stored user profiles and assigned role-based permissions within Aptiv Connect Qualifier. Designated administrators managed employee accounts and assigned access levels, and vehicle data and associated directory structures were accessible solely according to those stored profile configurations.}*<br><br>**User authentication and access control**<br><br>Qualifier provides robust user management features to control organizational access levels, ensuring the right people see the right data:<br><br>• **Access levels**: Users are grouped into access levels, with customizable permissions.<br>• **Admin controls**: Designated admins can manage employee accounts, assign access levels, and restrict content and features.<br>• **Customization**: Access levels can be customized to limit data visibility based on user roles. For example, administrators can restrict which features, fleets, vehicle packages (body/engine/transmission), vehicle modules, and DTCs—to name a few—that different users can see.<br><br>https://qualifier.help.aptivcs.com/space/QUG/270663681/How+Aptiv+Keeps+Qualifier+Customer+Data+Separate+and+Secure |

Case 2:26-cv-00181-JRG-RSP    Document 1-3    Filed 03/03/26    Page 11 of 16 PageID #: 52

Exhibit C - Page |10

| Claim 13 | |
|---|---|
| the profile data store being queried for the data directory structures accessible to each of the participating users, | *{User profile and role-based access records within Aptiv Connect Qualifier were queried to determine which vehicle datasets and report hierarchies were accessible to each participating user. Access to data directory structures was filtered and provided according to stored user roles, group assignments, and administrator-defined permissions.}*<br><br>## User authentication and access control<br><br>Qualifier provides robust user management features to control organizational access levels, ensuring the right people see the right data:<br><br>- **Access levels**: Users are grouped into access levels, with customizable permissions.<br>- **Admin controls**: Designated admins can manage employee accounts, assign access levels, and restrict content and features.<br>- **Customization**: Access levels can be customized to limit data visibility based on user roles. For example, administrators can restrict which features, fleets, vehicle packages (body/engine/transmission), vehicle modules, and DTCs—to name a few—that different users can see.<br><br>https://qualifier.help.aptivcs.com/space/QUG/270663681/How+Aptiv+Keeps+Qualifier+Customer+Data+Separate+and+Secure |

Exhibit C - Page |11

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Aptiv*

| Claim 13 | |
|---|---|
| wherein a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification; |  |

Case 2:26-cv-00181-JRG-RSP    Document 1-3    Filed 03/03/26    Page 13 of 16 PageID #: 54

Exhibit C - Page |12

| Claim 13 | |
|---|---|
| delivering desired data and the remote management control over the desired data to identified delivery targets by the computing application over the communications network; | *{Aptiv Connect Qualifier delivered requested vehicle data and associated management controls to authorized user devices over a communications network. The cloud-hosted computing application transmitted structured datasets along with permitted interaction capabilities based on assigned access levels.}*<br><br><br><br>https://qualifier.help.aptivcs.com/space/QUG/70582273/Tools+Menu,+Notifications,+and+Account+Settings |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Aptiv*

Exhibit C - Page |13

| Claim 13 | |
|---|---|
| generating at least one notification of the delivery of the desired data to the identified delivery targets upon the delivery of the desired data to the identified delivery targets; | *{Aptiv Connect Qualifier generated delivery confirmations and event-based notifications upon providing requested vehicle data to authorized user devices. The platform supported configurable alerts for events in the form of in-platform messages and email notifications, reflecting successful data access and delivery activities.}* <br><br> How to View a Summary of Event Occurrences <br><br> Click **Events** in the left navigation menu. <br><br> https://qualifier.help.aptivcs.com/space/QHA/384139273/How+to+View+a+Summary+of+Event+Occurrences <br><br> PRE-PRODUCTION VALIDATION AND ANALYTICS <br> APTIV CONNECT QUALIFIER <br><br> Fine-grained filtering capabilities allow you to narrow down your report results, and package-specific thresholds allow you to track metrics for specific vehicles. You can plot vehicle locations and trips on a map, and you can sync maps and parameter graphs with video from up to four cameras. In addition, you can set up custom alerts to receive an email or text message when specified events occur. <br><br> https://www.aptiv.com/docs/default-source/cs-case-studies/qualifierpdf020221.pdf?sfvrsn=8021fe3d_5 {The equivalent functionality was provided before patent expiration in 2022} |

Case 2:26-cv-00181-JRG-RSP    Document 1-3    Filed 03/03/26    Page 15 of 16 PageID #: 56

Exhibit C - Page |14

| Claim 13 | |
|---|---|
| determining if user requested data is accessible based on the information in the profile data store |  |

Exhibit C - Page |15

| Claim 13 | |
|---|---|
| delivering the user requested data and sending a confirmation of the delivery. | *{Aptiv Connect Qualifier delivered requested vehicle data to authorized user devices over the communications network and provided confirmation of delivery through system-generated responses. The platform displayed a successful indicative message within the interface reflecting completion of the data delivery.}* |

What is Qualifier?

Aptiv Qualifier is a highly configurable web application that allows you to visualize and analyze vehicle data.



### Navigating the Aptiv Connect Qualifier Web Application

VIDEO | May 19, 2021

Aptiv Connect Qualifier allows you to visualize and analyze vehicle data, so that you can get the right data at the right time. Learn how to navigate this application so you can unlock the power of your vehicle data. Learn more: https://www.aptiv.com/en/solutions/connected-services

https://www.aptiv.com/en/insights/article/navigating-the-aptiv-connect-qualifier-web-application {The equivalent functionality was provided before patent expiration in 2022}

https://qualifier.help.aptivcs.com/space/QT/69763073/What+is+Qualifier%3F
Timestamp: [04:12] and [04:15]

**15**