# EXHIBIT D

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,156,499 by Aptiv*

**US Patent 8,156,499 Versus Aptiv' Smart Vehicle Architecture**



https://web.archive.org/web/20210116021829/https://www.aptiv.com/en/solutions/smart-vehicle-architecture

# US Patent 8,156,499 Versus Aptiv' Smart Vehicle Architecture

## Aptiv Unveils Smart Vehicle Architecture™ at CES 2020

PRESS RELEASE | **January 13, 2020**

- **Unlocking New Software-Enabled Functionality** Today's vehicles are complex and costly to develop. SVA's intelligent abstraction, standardized interfaces, and scalable compute lower costs by allowing software applications to be developed independent of the hardware and reused across platforms, providing scalability on the path towards full safety automation.

- **Unlocking new business models.** Aptiv's server-based central compute, Aptiv Open Server Platform, supports over-the-air software and firmware updates, enables performance enhancements, and optimizes data analytics with edge compute. It also provides an open platform and development ecosystem to leverage third-party innovation.

https://www.aptiv.com/en/newsroom/article/aptiv-unveils-smart-vehicle-architecture-at-ces-2020

2

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,156,499 by Aptiv*

| Claim 1 |
|---|
| 1. A method, executing on a scheduling computer, for scheduling execution of programs, comprising:<br><br>•  scheduling a first computer communicatively coupled with the scheduling computer to execute a first program, wherein the first computer has a first operating system;<br><br>•  receiving at the scheduling computer a result from the first computer, wherein the result from the first computer is based at least in part upon the execution of the first program by the first computer; and<br><br>•  scheduling a second computer communicatively coupled with the scheduling computer to execute a second program in response to a determination that the result from the first computer meets a criterion, wherein the second computer has a second operating system and the second operating system is different from the first operating system. |

Case 2:26-cv-00181-JRG-RSP    Document 1-4    Filed 03/03/26    Page 5 of 11 PageID #: 62

Exhibit D - Page |4

| Claim 1 | |
|---|---|
| A method, executing on a scheduling computer, for scheduling execution of programs, comprising: | *{*Aptiv Smart Vehicle Architecture implemented a computer-executed method in which a centralized server platform managed and scheduled over-the-air (OTA) software update programs across connected vehicles. The centralized compute environment performed OTA orchestration consistent with a scheduling computer for scheduling execution of programs.*}* <br><br> **Aptiv Unveils Smart Vehicle Architecture™ at CES 2020** <br><br> PRESS RELEASE \| January 13, 2020 <br><br> • **Unlocking New Software-Enabled Functionality** Today's vehicles are complex and costly to develop. SVA's intelligent abstraction, standardized interfaces, and scalable compute lower costs by allowing software applications to be developed independent of the hardware and reused across platforms, providing scalability on the path towards full safety automation. <br><br> • **Unlocking new business models.** Aptiv's server-based central compute, Aptiv Open Server Platform, supports over-the-air software and firmware updates, enables performance enhancements, and optimizes data analytics with edge compute. It also provides an open platform and development ecosystem to leverage third-party innovation. <br><br> **What Is a Software-Defined Vehicle?** <br><br> INSIDE EDGE \| March 19, 2020 <br><br> Today, software upgrades to vehicle infotainment, telematics or vehicle diagnostic systems require a trip to the dealership. With a software-defined vehicle, customers will be able to receive over-the-air (OTA) updates that cover security patches, infotainment improvements, plus monitoring and tuning of core functional capabilities of the vehicle, such as powertrain and vehicle dynamics. <br><br> **How vehicle manufacturers need to change** <br><br> Aptiv's approach to enabling the software-defined vehicle is Smart Vehicle Architecture™. <br><br> https://www.aptiv.com/en/newsroom/article/aptiv-unveils-smart-vehicle-architecture-at-ces-2020 <br><br> https://www.aptiv.com/en/insights/article/what-is-a-software-defined-vehicle <br><br> **4** |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,156,499 by Aptiv*

| Claim 1 | |
|---|---|
| scheduling a first computer communicatively coupled with the scheduling computer to execute a first program, wherein the first computer has a first operating system; | *{Aptiv Open Server Platform scheduled the CVC within the vehicle, communicatively coupled through a secure connected gateway using cellular or Wi-Fi connectivity, to execute a first program comprising over-the-air (OTA) update processing. The CVC performed update eligibility checks and diagnostic validation as part of the scheduled OTA routine.}* <br><br> **What Is Over-the-Air (OTA)?** <br><br> INSIDE EDGE \| **June 04, 2020** <br><br> In the automotive industry, over-the-air (OTA) refers to the rapidly growing practice of distributing software updates wirelessly to vehicles after they have been purchased. <br><br> Automotive OTA updates are a critical enabler for software-defined vehicles. As more <br><br> These benefits increase with compute centralization, and the abstraction of software from hardware. For example, in Aptiv's Smart Vehicle Architecture™, OTA helps enable developers to upload updates dynamically and go to market faster with richer features, while reducing costs. OTA updates are received by a Secure Connected Gateway. This device in the vehicle downloads the updates, validates them, and then updates other systems in the vehicle at an appropriate time when the vehicle can be safely updated. <br><br> https://www.aptiv.com/en/insights/article/what-is-over-the-air-(ota) <br><br> **Aptiv Unveils Smart Vehicle Architecture™ at CES 2020** <br><br> PRESS RELEASE \| **January 13, 2020** <br><br> • **Unlocking new business models.** Aptiv's server-based central compute, Aptiv Open Server Platform, supports over-the-air software and firmware updates, enables performance enhancements, and optimizes data analytics with edge compute. It also provides an open platform and development ecosystem to leverage third-party innovation. <br><br> https://www.aptiv.com/en/insights/article/what-is-over-the-air-(ota) <br><br> **THE 'LITTLE BRAIN'** <br> This is the central vehicle controller (CVC), a specialized computer that plays a pivotal role in tomorrow's vehicle architectures. <br><br> https://www.aptiv.com/docs/default-source/white-papers/aptiv_whitepaper_cvc.pdf?sfvrsn=bb9ddb3c_28 <br> Page 2 of 7 |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,156,499 by Aptiv*

| Claim 1 | |
|---|---|
| scheduling a first computer communicatively coupled with the scheduling computer to execute a first program, **wherein the first computer has a first operating system;** | *{*CVC within the vehicle operated on a first operating system comprising the RTU-based embedded vehicle software environment, which controlled execution of OTA processing and related vehicle functions.*}*<br><br>**THE 'LITTLE BRAIN'**<br>This is the central vehicle controller (CVC), a specialized computer that plays a pivotal role in tomorrow's vehicle architectures.<br><br>**THE CENTER OF EVERYTHING**<br>With its real-time focus and connections to devices throughout a vehicle, the CVC acts as a router for all data communications, handling the prioritization and scheduling of network traffic. It is able to route traffic from legacy network technologies such as Controller Area Network and FlexRay with emerging networks such as Automotive Ethernet and PCI Express (PCIe), again insulating higher-level applications from the minutiae of various data protocols.<br><br>The CVC even manages communications with the cloud. A remote transceiver unit (RTU) includes an antenna and modem to communicate with the cloud via 4G and 5G cellular, as well as Wi-Fi and Bluetooth. The CVC works with the RTU to manage any over-the-air downloads and upload any diagnostics data or analytics to the cloud. This up-integration of processing into the CVC allows for more compact packaging at the point of the antenna.<br><br>The CVC can then offer communications through the RTU as a service to software applications in the vehicle. For example, an ADAS software module could subscribe to vehicle-to-everything services — such as traffic-light detection — and the CVC would manage those services.<br><br>https://www.aptiv.com/docs/default-source/white-papers/aptiv_whitepaper_cvc.pdf?sfvrsn=bb9ddb3c_28<br>Page 2, 4 & 5 of 7 |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,156,499 by Aptiv*

| Claim 1 | |
|---|---|
| receiving at the scheduling computer a result from the first computer, wherein the result from the first computer is based at least in part upon the execution of the first program by the first computer; and | *{*Aptiv Open Server Platform received, from the CVC, a result generated based on execution of the OTA update program, including software version information and update eligibility status. The received result reflected data produced during OTA processing and was used to determine whether further update action was required.*}* <br><br> **What Is Over-the-Air (OTA)?** <br><br> INSIDE EDGE \| June 04, 2020 <br><br> These benefits increase with compute centralization, and the abstraction of software from hardware. For example, in Aptiv's Smart Vehicle Architecture™, OTA helps enable developers to upload updates dynamically and go to market faster with richer features, while reducing costs. OTA updates are received by a Secure Connected Gateway. This device in the vehicle downloads the updates, validates them, and then updates other systems in the vehicle at an appropriate time when the vehicle can be safely updated. <br><br> https://www.aptiv.com/en/insights/article/what-is-over-the-air-(ota) <br><br> **Aptiv Unveils Smart Vehicle Architecture™ at CES 2020** <br><br> PRESS RELEASE \| January 13, 2020 <br><br> • **Unlocking new business models.** Aptiv's server-based central compute, Aptiv Open Server Platform, supports over-the-air software and firmware updates, enables performance enhancements, and optimizes data analytics with edge compute. It also provides an open platform and development ecosystem to leverage third-party innovation. <br><br> https://www.aptiv.com/en/insights/article/what-is-over-the-air-(ota) |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,156,499 by Aptiv*

| Claim 1 | |
|---|---|
| scheduling a second computer communicatively coupled with the scheduling computer to execute a second program in response to a determination that the result from the first computer meets a criterion, | {Aptiv Open Server Platform scheduled an OEM cloud backend system, communicatively coupled through network infrastructure, to execute a second program comprising OTA update deployment upon determining that the result received from the CVC indicated that the vehicle required the update.}<br><br>**What Is Over-the-Air (OTA)?**<br>INSIDE EDGE \| June 04, 2020<br>These benefits increase with compute centralization, and the abstraction of software from hardware. For example, in Aptiv's Smart Vehicle Architecture™, OTA helps enable developers to upload updates dynamically and go to market faster with richer features, while reducing costs. OTA updates are received by a Secure Connected Gateway. This device in the vehicle downloads the updates, validates them, and then updates other systems in the vehicle at an appropriate time when the vehicle can be safely updated.<br><br>https://www.aptiv.com/en/insights/article/what-is-over-the-air-(ota)<br><br>**Aptiv Unveils Smart Vehicle Architecture™ at CES 2020**<br>PRESS RELEASE \| January 13, 2020<br>• **Unlocking new business models.** Aptiv's server-based central compute, Aptiv Open Server Platform, supports over-the-air software and firmware updates, enables performance enhancements, and optimizes data analytics with edge compute. It also provides an open platform and development ecosystem to leverage third-party innovation.<br><br>https://www.aptiv.com/en/insights/article/what-is-over-the-air-(ota)<br><br>**THE CENTER OF EVERYTHING**<br>The CVC even manages communications with the cloud. A remote transceiver unit (RTU) includes an antenna and modem to communicate with the cloud via 4G and 5G cellular, as well as Wi-Fi and Bluetooth. The CVC works with the RTU to manage any over-the-air downloads and upload any diagnostics data or analytics to the cloud. This up-integration of processing into the CVC allows for more compact packaging at the point of the antenna.<br><br>https://www.aptiv.com/docs/default-source/white-papers/aptiv_whitepaper_cvc.pdf?sfvrsn=bb9ddb3c_28 Page 5 of 7 |

Case 2:26-cv-00181-JRG-RSP    Document 1-4    Filed 03/03/26    Page 10 of 11 PageID #: 67

| Claim 1 | |
|---|---|
| scheduling a second computer communicatively coupled with the scheduling computer to execute a second program in response to a determination that the result from the first computer meets a criterion, | *{*Aptiv Open Server Platform scheduled the OEM cloud backend, communicatively coupled via network infrastructure, to execute a second program comprising OTA update deployment upon determining that the result received from the CVC indicated that the vehicle required the update.*}* <br><br>  <br><br> https://www.aptiv.com/docs/default-source/white-papers/aptiv_whitepaper_cvc.pdf?sfvrsn=bb9ddb3c_28 <br> Page 5 of 7 |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,156,499 by Aptiv*

| Claim 1 | |
|---|---|
| wherein the second computer has a second operating system and the second operating system is different from the first operating system. | *{OEM cloud backend operated on a second operating system comprising a Linux-based server environment, which was architecturally distinct from the RTU-based embedded operating system of the CVC. The server-class operating system supported cloud-scale OTA orchestration, thereby differing from the vehicle's real-time operating environment.}* <br><br>  |