# EXHIBIT E

Case 2:26-cv-00181-JRG-RSP    Document 1-5    Filed 03/03/26    Page 2 of 13 PageID #: 70

Exhibit E - Page |1

## US Patent 8,607,139 Versus Aptiv Newsletter Subscription Form



https://web.archive.org/web/20230130233402/https://go.aptiv.com/subscribe-to-newsletter.html

1

Case 2:26-cv-00181-JRG-RSP    Document 1-5    Filed 03/03/26    Page 3 of 13 PageID #: 71

| Claim 8 |
|---|
| 8.   A method, comprising: <br><br> displaying a graphical interface based on a metadata template, the metadata template comprising an object that represents a structure and an appearance of a web page, wherein the object is based on a class stored in a base template, and wherein the graphical interface comprises an input field corresponding to the object, the input defining a property of a data entry field; <br><br> generating a data entry form comprising the data entry field, wherein the data entry field is configured to accept input corresponding to content of the object; and <br><br> generating the web page based on the metadata template, wherein in the web page comprises the content represented by the input. |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,607,139 by Aptiv*

| Claim 8 | |
|---|---|
| 8. A method, comprising: | {Aptiv's website uses the Marketo Forms framework to provide a form template configured using metadata that defines the structure and appearance of the subscription web form, enabling users to enter information through predefined data entry fields.}<br><br><br><br>https://web.archive.org/web/20230130233402/https://go.aptiv.com/subscribe-to-newsletter.html<br><br>(Screenshot taken from Chrome developer tools)<br><br>{Source code review confirms that Aptiv's website form is implemented using Marketo Forms, as indicated by mktoForm classes, Marketo metadata fields (e.g., "id= mktoform_1022"), and embedded Marketo scripts, demonstrating template-driven form rendering.} |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,607,139 by Aptiv*

| Claim 8 | |
|---|---|
| 8. A method, comprising: | {Aptiv uses the Marketo Forms framework, which provides embeddable source code for integration into its website and delivers a metadata-configured template that defines the structure and appearance of the subscription form, enabling users to enter information through predefined data entry fields.} |



https://www.exemplifi.io/insights/how-to-integrate-marketo-forms-into-your-website/#:~:text=Introduction,Testing%20Submissions

https://experienceleague.adobe.com/en/docs/marketo/using/product-docs/demand-generation/landing-pages/landing-page-templates/create-a-guided-landing-page-template

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,607,139 by Aptiv*

| Claim 8 | |
|---|---|
| displaying a graphical interface based on a metadata template, | {Aptiv "subscription web form" form displays a graphical interface generated from underlying metadata that defines the layout, field types, and configurable properties of the form.}<br><br><br><br>https://experienceleague.adobe.com/en/docs/marketo/using/product-docs/demand-generation/forms/form-actions/add-a-country-picklist-to-your-form |

| Claim 8 | |
|---|---|
| the metadata template comprising an object that represents a structure and an appearance of a web page, | {The metadata template used by the Aptiv "subscription" form contains objects such as email address, country, first name , last name etc. which define the structure and visual layout of the form.}<br><br><br><br>https://experienceleague.adobe.com/en/docs/marketo/using/product-docs/demand-generation/forms/form-actions/add-a-country-picklist-to-your-form |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,607,139 by Aptiv*

| Claim 8 | |
|---|---|
| **wherein the object** is based on a class stored in a base template, | {Each object in the Aptiv "Subscription" form is derived from a predefined field class stored in a base template, where the base template governs the behavior and properties of the object.}<br><br><br><br>https://experienceleague.adobe.com/en/docs/marketo/using/product-docs/demand-generation/forms/form-actions/add-a-country-picklist-to-your-form |

**7**

Case 2:26-cv-00181-JRG-RSP    Document 1-5    Filed 03/03/26    Page 9 of 13 PageID #: 77

Exhibit E - Page |8

| Claim 8 | |
|---|---|
| and wherein the graphical interface comprises an input field corresponding to the object, | {The graphical interface displayed by the Aptive "subscription" form includes input fields such as textboxes and text areas, with each input field corresponding to a specific object defined in the metadata template.}<br><br><br><br>https://experienceleague.adobe.com/en/docs/marketo/using/product-docs/demand-generation/forms/form-actions/add-a-country-picklist-to-your-form |

8

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,607,139 by Aptiv*

| Claim 8 | |
|---|---|
| and wherein the graphical interface comprises an input field corresponding to the object, the input defining a property of a data entry field; | {Aptiv defines properties of each data-entry field such as label width, field width, default value etc. through metadata associated with the corresponding object.}<br><br><br><br>https://experienceleague.adobe.com/en/docs/marketo-learn/tutorials/cross-channel-marketing/forms-watch |

Exhibit E - Page |10

| Claim 8 | |
|---|---|
| generating a data entry form comprising the data entry field, wherein the data entry field is configured to accept input corresponding to content of the object; and | {Aptiv generates a complete data-entry form when the form configuration is done by clicking finish button, resulting in a functional form that includes all configured data-entry fields.}<br><br><br><br>https://www.youtube.com/watch?v=MeB5v2F Uwjk Timestamp : [10:22 min] of [15:03 min] |

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 8,607,139 by Aptiv*

| Claim 8 | |
|---|---|
| generating a data entry form comprising the data entry field, wherein the data entry field is configured to accept input corresponding to content of the object; and | {Based on the configured metadata template, Aptiv generates a complete data-entry form for the "Subscribe" page that includes all defined input fields arranged according to the template structure.}<br><br><br><br>https://web.archive.org/web/20230130233402/https://go.aptiv.com/subscribe-to-newsletter.html<br><br>https://experienceleague.adobe.com/en/docs/marketo/using/product-docs/demand-generation/forms/form-actions/add-a-country-picklist-to-your-form |

Case 2:26-cv-00181-JRG-RSP    Document 1-5    Filed 03/03/26    Page 13 of 13 PageID #: 81

Exhibit E - Page |12

| Claim 8 | |
|---|---|
| generating the web page based on the metadata template, wherein in the web page comprises the content represented by the input. | {The final Aptiv "Subscription" web page is generated from the metadata template and includes form fields that reflect the structure, appearance, and properties defined by the template's objects, allowing users to enter and submit information through the page.}<br><br><br><br>https://web.archive.org/web/20230130233402/https://go.aptiv.com/subscribe-to-newsletter.html |